THE PEOPLE OF THE STATE OF NEW YORK ex rel. DAILY CREDIT SERVICE CORPORATION, Respondent, v. MITCHELL MAY, as Secretary of State of New York, Appellant.

*People ex rel. Daily Service Corpn.* v. *May*, 162 App. Div. 215, affirmed.

(Argued June 5, 1914; decided June 18, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 13, 1914, which reversed an order of Special Term denying a motion for a peremptory writ of mandamus to compel the defendant to receive and file a proposed amended certificate of incorporation and granted said motion.

*Thomas Carmody, Attorney-General (Wilber W. Chambers* of counsel), for appellant.

*Samuel S. Koenig* and *Oliver L. Goldsmith* for respondent.

Order affirmed, with costs, on opinion of WOODWARD, J., below.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HIS-COCK, CHASE, HOGAN, MILLER and CARDOZO, JJ.